UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-80699-CIV-HURLEY/HOPKINS

BRECKENRIDGE PHARMACEUTICAL, INC.,

    Plaintiff,

v.

EVERETT LABORATORIES, INC.,

    Defendant.

_____/

### ORDER OF CLOSE OUT

On July 25, 2008, plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [DE # 12]. There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. All claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

2. Any pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. The Clerk is directed to enter this case as **CLOSED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 28 day of July, 2008.

                                                  Daniel T. K. Hurley
                                                  United States District Judge

*Copies provided to counsel of record*